# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Elaine Taylor,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-09102-MEMF-MRW<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($4,600.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 7/5/2024

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE